IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ILLINOIS TOOL WORKS INC., a Delaware corporation,<br><br>        Plaintiff,<br>v.<br><br>FRITO-LAY NORTH AMERICA, INC., f/k/a RECOT, INC., a Delaware corporation,<br><br>        Defendant. | Civil Action No. 06-_____ |

## PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), plaintiff Illinois Tool Works, Inc., states that Northern Trust Corporation owns more than 10% of its stock.

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                /s/ William M. Lafferty
                William M. Lafferty (#2755)
                Rodger D. Smith, II (#3778)
                1201 N. Market Street
                Wilmington, Delaware 19801
                (302) 658-9200
                Attorneys for Plaintiff

OF COUNSEL:

Gerald Levy
Richard H. Brown
PITNEY HARDIN LLP
7 Times Square, 20th Floor
New York, NY 10036
(212) 297-5800

January 27, 2006