IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ILLINOIS TOOL WORKS INC., a Delaware corporation,<br><br>        Plaintiff,<br>v.<br><br>FRITO-LAY NORTH AMERICA, INC., f/k/a RECOT, INC., a Delaware corporation,<br><br>        Defendant. | Civil Action No. 06-54-UNA |

## PLAINTIFF'S AMENDED RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), plaintiff Illinois Tool Works, Inc., states that no publicly traded corporation owns more than 10% of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
_____
William M. Lafferty (#2755)
Rodger D. Smith, II (#3778)
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200
  Attorneys for Plaintiff

OF COUNSEL:

Gerald Levy
Richard H. Brown
PITNEY HARDIN LLP
7 Times Square, 20th Floor
New York, NY 10036
(212) 297-5800

February 1, 2006

504568