AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF **DELAWARE**

|  |  |
|---|---|
| ILLINOIS TOOL WORKS INC., a Delaware Corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>FRITO-LAY NORTH AMERICA, INC., f/k/a RECOT, INC., a Delaware Corporation,<br><br>   Defendant. | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER:   06 - 54 |

TO: Frito-Lay North America, Inc.,
c/o National Registered Agents, Inc.
160 Greentree Drive, Suite 101
Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              1/27/06
_____              _____
CLERK                                        DATE

    Monica Mosley
_____
BY DEPUTY CLERK

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE May 19, 2006 |
| NAME OF SERVER (PRINT) Rodger D. Smith II | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): <u>Service was accepted via electronic mail by Joseph A. Hynds, Esq., counsel for the defendant Frito-Lay on Friday, May 19, 2006 at 3:23 p.m.</u>

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 19, 2006       *[signature]*
         Date         Signature of Server
                      Rodger D. Smith II

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 18th Fl.
Wilmington, DE 19801
_____
*Address of Server*