IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ILLINOIS TOOL WORKS, INC.,                    )
                                              )
                        Plaintiff,            )
        v.                                    )        C.A. No. 06-054-GMS
                                              )
FRITO-LAY NORTH AMERICA, INC., fka            )
RECOT, INC.,                                  )
                                              )
                        Defendant.            )

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

*pro hac vice* of the following attorneys to represent the defendant, Frito-Lay North America,

Inc., in this matter:

> Joseph A. Hynds [jhynds@rfem.com]
> Glenn E. Karta [gkarta@rfem.com]
> ROTHWELL, FIGG, ERNST & MANBECK, P.C.
> 1423 K Street, N.W. , Suite 800
> Washington, DC 20005
> Phone: (202) 783-6040

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney

is forwarded with this motion.

                                              YOUNG CONAWAY STARGATT & TAYLOR LLP

November 1, 2006                              _____
                                              Karen L. Pascale (No. 2903) [kpascale@ycst.com]
                                              The Brandywine Building
                                              1000 West St., 17th Floor
                                              P.O. Box 391
                                              Wilmington, Delaware 19899-0391
                                              Phone:  302-571-6600

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admissions *pro hac vice* of

Joseph A. Hynds and Glenn E. Karta is GRANTED.

Date: _____ _____ , 2006          _____
                                              UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of Virginia and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  October 27, 2006

_____
Joseph A. Hynds
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1423 K Street, N.W.
Suite 800
Washington, DC 20005
Phone: (202) 783-6040
jhynds@rfem.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and

am admitted, practicing and in good standing as a member of the Bars of New York,

Connecticut, and the District of Columbia, and pursuant to Local Rule 83.6 submit to the

disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or

course of this action. I also certify that I am generally familiar with this Court's Local Rules. In

accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the

annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee

payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: October 24, 2006

Glenn E. Karta
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1423 K Street, N.W.
Suite 800
Washington, DC 20005
Phone: (202) 783-6040
gkarta@rfem.com

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on November 1, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Rodger D. Smith, III, Esquire
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 N. Market Street
> Wilmington, DE  19801
> rsmith@mnat.com

I further certify that I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

> ***By E-mail and U.S. Mail***
>
> Gerald Levy, Esquire
> PITNEY HARDIN LLP
> 7 Times Square, 20th Floor
> New York, NY  10036-7311
> glevy@pitneyhardin.com
>
> Richard H. Brown, III, Esquire
> PITNEY HARDIN LLP
> P.O. Box 1945
> Morristown, New Jersey 07962-1945
> rbrown@pitneyhardin.com

YOUNG CONAWAY STARGATT & TAYLOR LLP


November 1, 2006

/s/ *Karen L. Pascale*
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone:  302-571-6600
  *Attorneys for Defendant,*
  *Frito-Lay North America, Inc.*