IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ILLINOIS TOOL WORKS, INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>FRITO-LAY NORTH AMERICA, INC., fka RECOT, INC.,<br><br>   Defendant. | C.A. No. 06-054-GMS |

## NOTICE OF CHANGE OF LAW FIRM NAME TO
## <u>DAY PITNEY LLP</u>

PLEASE TAKE NOTICE that effective January 1, 2007, the name of the law firm serving as counsel of record for plaintiff Illinois Tool Works, Inc., formerly known as Pitney Hardin LLP, has been changed to "Day Pitney LLP." The addresses and telephone numbers of the firm will not change.

             MORRIS, NICHOLS, ARSHT & TUNNELL LLP

             */s/ Rodger D. Smith II*

             William M. Lafferty (#2755)
             Rodger D. Smith II (#3778)
             1201 N. Market Street
             Wilmington, Delaware 19801
             (302) 658-9200
              Attorneys for Plaintiff Illinois Tool Works, Inc.

OF COUNSEL:

Gerald Levy
Richard H. Brown
DAY PITNEY LLP
7 Times Square, 20th Floor
New York, NY 10036
(212) 297-5800

January 3, 2007

550216

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 3, 2007, I caused to be electronically filed the NOTICE OF CHANGE OF LAW FIRM NAME TO DAY PITNEY LLP with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>John W. Shaw, Esquire
>Young Conaway Stargatt & Taylor LLP

I also certify that copies were caused to be served on January 3, 2007, upon the following in the manner indicated:

>BY E-MAIL AND HAND
>
>John W. Shaw, Esquire
>Young Conaway Stargatt & Taylor LLP
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899-0391
>jshaw@ycst.com
>
>
>BY E-MAIL AND FEDERAL EXPRESS
>
>Joseph A. Hynds, Esquire
>Glenn E. Karta, Esquire
>Rothwell, Figg, Ernst & Manbeck, P.C.
>1423 K Street, N.W., Suite 800
>Washington, DC  20005
>jhynds@rfem.com
>gkarta@rfem.com

>*/s/ Rodger D. Smith II*
>Rodger D. Smith II (#3778)
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>rsmith@mnat.com
>*Attorneys for Plaintiff*