IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ILLINOIS TOOL WORKS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-054-GMS |
| | ) |
| FRITO-LAY NORTH AMERICA, INC., fka RECOT, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND PROPOSED ORDER**

WHEREAS, the Court has ordered briefing on the question of whether the patentability of the subject matter of Counts 1 and 2 from Patent Interference No. 105,173 may be raised in this action, and directed the parties to confer on a schedule for briefing that issue, so that the Court can rule on that issue before discovery commences;

WHEREAS the Court approved the briefing schedule below during a teleconference conducted on January 10, 2007;

Now, therefore, the parties stipulate and agree, subject to the approval of the Court, that the parties shall submit their briefs on the scope of this appeal as follows:

Defendant's Opening Brief.................................January 31, 2007

Plaintiff's Answering Brief.................................February 15, 2007

Defendant's Reply Brief ....................................February 23, 2007

/s/ Rodger D. Smith II
Rodger D. Smith II (No. 3778)
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
Attorneys for Plaintiff

John W. Shaw (No. 3362)
Young Conaway Stargatt & Taylor, LLP
1000 West Street
Wilmington, DE 19899
(302) 571-6600
jshaw@ycst.com
Attorneys for Defendant

So ordered this _____ day of _____, 2007,

_____
United States District Judge