# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Rodger D. Smith II
302.351.9205
rsmith@mnat.com

February 26, 2007

**BY E-FILING**

The Honorable Gregory M. Sleet
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

   Re: *Illinois Tool Works Inc. v. Frito-Lay North America, Inc.,*
     <u>C.A. No. 06-54-GMS</u>

Dear Judge Sleet:

  Briefing has now been completed in connection with defendant's Request That The Court Determine That The Issue Of Unpatentability Of The Contested Subject Matter May Not Be Litigated In This Action Under 35 U.S.C. § 146 (D.I. 16, 18 & 20). Plaintiff Illinois Tool Works Inc. hereby requests oral argument in connection with this motion.

         Respectfully,

         */s/ Rodger D. Smith II*

         Rodger D. Smith II (#3778)

cc: Clerk of the Court (By E-filing)
   Joseph A. Hynds, Esquire (By Email)
   Karen L. Pascale, Esquire (By Email)
   Richard H. Brown, Esquire (By Email)

752160