IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ILLINOIS TOOL WORKS INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRITO-LAY NORTH AMERICA, INC, f/k/a ) <br> RECOT, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 06-054-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of:

*Defendant Frito-Lay North America, Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)*

were caused to be served on August 24, 2007 by Joseph A. Hynds of Rothwell, Figg, Ernst & Manbeck, P.C. upon the following counsel of record in the manner indicated:

| *By E-Mail and Federal Express* | *By E-Mail and Federal Express* |
|---|---|
| Rodger D. Smith II [rsmith@mnat.com] <br> MORRIS, NICHOLS, ARSHT & TUNNELL LLP <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 | Gerald Levy, Esquire [glevy@pitneyhardin.com] <br> DAY PITNEY LLP <br> 7 Times Square, 20th Floor <br> New York, NY 10036 <br> (212) 297-5800 |

Additionally, the undersigned hereby certifies that on August 24, 2007, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel of record in the manner indicated:

*By E-Mail and Hand Delivery*

Rodger D. Smith II [rsmith@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*By E-Mail*

Gerald Levy, Esquire [glevy@pitneyhardin.com]
DAY PITNEY LLP
7 Times Square, 20th Floor
New York, NY 10036
(212) 297-5800

Richard H. Brown, III, Esquire
PITNEY HARDIN LLP
P.O. Box 1945
Morristown, New Jersey 07962-1945
rbrown@pitneyhardin.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Dated: August 24, 2007

John W. Shaw (ID# 3362) [jshaw@ycst.com]
Karen L. Pascale (#2903) [kpascale@ycst.com]
Jeffrey T. Castellano (#4837) [jcastellano@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
Telephone: (302) 571 6600
*Attorneys for Defendant*
*Frito-Lay North America, Inc.*

*Of Counsel*:

Joseph A. Hynds
Glenn E. Karta
Lisa N. Phillips
ROTHWELL, FIGG, ERNST
 & MANBECK
1425 K Street NW, Suite 800
Washington, DC 20005
Telephone: (202)-783-6040

DB02:6201842.1                                                                                                                           065476.1001