IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ILLINOIS TOOL WORKS, INC., | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-054-GMS |
| FRITO-LAY NORTH AMERICA, INC., fka RECOT, INC., | : |
| Defendant. | : |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff Illinois Tool Works Inc.'s Initial Disclosures Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and the Court's Scheduling Order Dated August 9, 2007* were caused to be served on August 24, 2007, upon the following in the manner indicated:

### BY EMAIL & REGULAR MAIL

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street
Wilmington, DE  19801
jshaw@ycst.com

Joseph A. Hynds, Esquire
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1423 K Street, N.W., Suite 800
Washington, DC  20005
jhynds@rfem.com

                                     MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                     */s/ Rodger D. Smith II*

                                     Rodger D. Smith II (#3778)
                                     1201 N. Market Street
                                     P.O. Box 1347
                                     Wilmington, DE  19899
                                     (302) 658-9200
                                     rsmith@mnat.com
                                        *Attorneys for Plaintiff Illinois Tool Works, Inc.*

OF COUNSEL:

Gerald Levy
Richard H. Brown
DAY PITNEY LLP
7 Times Square
New York, NY  10036-7311
(212) 297-5800

August 24, 2007
1220295

2

## CERTIFICATE OF SERVICE

I, Rodger D. Smith, hereby certify that on August 24th, 2007, I electronically filed the foregoing, which will send notification of such filing(s) to the following:

John W. Shaw, Esquire
Karen L. Pascale, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP

I also certify that copies were caused to be served on August 24th, 2007 upon the following in the manner indicated:

**BY EMAIL**

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street
Wilmington, DE 19801
jshaw@ycst.com

Joseph A. Hynds, Esquire
Glenn E. Karta, Esquire
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1423 K Street, N.W., Suite 800
Washington, DC 20005
jhynds@rfem.com
gkarta@rfem.com

/s/ Rodger D. Smith II
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com