IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ILLINOIS TOOL WORKS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-054-GMS |
| | ) |
| | ) |
| FRITO-LAY NORTH AMERICA, INC, f/k/a | ) |
| RECOT, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of 1) *Defendant Frito-Lay North America, Inc.'s First Request for Documents, ESI and 2) Tangible Things and Defendant Frito-Lay North America, Inc.'s First Set of Interrogatories to Plaintiff Illinois Tool Works Inc.* were caused to be served on November 6, 2007 upon the following counsel of record in the manner indicated:

<u>By E-Mail and Federal Express</u>

Rodger D. Smith II [rsmith@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

<u>By E-Mail and Federal Express</u>

Gerald Levy, Esquire [glevy@pitneyhardin.com]
DAY PITNEY LLP
7 Times Square, 20th Floor
New York, NY 10036
(212) 297-5800

Additionally, the undersigned hereby certifies that on November 6, 2007, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel of record in the manner indicated:

DB02:6201842.1                                                                                                                              065476.1001

**By E-Mail and Hand Delivery**

Rodger D. Smith II [rsmith@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

**By E-Mail**

Gerald Levy, Esquire [glevy@pitneyhardin.com]
DAY PITNEY LLP
7 Times Square, 20th Floor
New York, NY 10036
(212) 297-5800

Richard H. Brown, III, Esquire
PITNEY HARDIN LLP
P.O. Box 1945
Morristown, New Jersey 07962-1945
rbrown@pitneyhardin.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (ID# 3362) [jshaw@ycst.com]
Karen L. Pascale (#2903) [kpascale@ycst.com]
Jeffrey T. Castellano (#4837) [jcastellano@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
Telephone: (302) 571 6600
  *Attorneys for Defendant*
  *Frito-Lay North America, Inc.*

*Of Counsel*:

Joseph A. Hynds
Glenn E. Karta
Lisa N. Phillips
ROTHWELL, FIGG, ERNST
 & MANBECK
1425 K Street NW, Suite 800
Washington, DC 20005
Telephone: (202)-783-6040


Dated: November 6, 2007