IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ILLINOIS TOOL WORKS, INC., | : | |
| Plaintiff, | : : : | |
| v. | : : | C.A. No. 06-054-GMS |
| FRITO-LAY NORTH AMERICA, INC., fka RECOT, INC., | : : : | |
| Defendant. | : : | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (a) *Plaintiff's First Set Of Requests For Production Of Documents Directed To Defendants*; and (b) *Plaintiff's First Set Of Interrogatories Directed To Defendant,* were caused to be served on November 13, 2007, upon the following in the manner indicated:

**BY EMAIL & HAND DELIVERY**

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street
Wilmington, DE  19801
jshaw@ycst.com

**BY EMAIL**

Joseph A. Hynds, Esquire
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1423 K Street, N.W., Suite 800
Washington, DC  20005
jhynds@rfem.com

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Rodger D. Smith II*
                    Rodger D. Smith II (#3778)
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE  19899
                    (302) 658-9200
                    rsmith@mnat.com
                      *Attorneys for Plaintiff Illinois Tool Works, Inc.*

OF COUNSEL:

Gerald Levy
Richard H. Brown
DAY PITNEY LLP
7 Times Square
New York, NY  10036-7311
(212) 297-5800

November 13, 2007
1220295

2

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on November 13th, 2007, I caused the foregoing to be electronically filed, which will send notification of such filing(s) to the following:

John W. Shaw, Esquire
Karen L. Pascale, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP

I also certify that copies were caused to be served on November 13th, 2007, upon the following in the manner indicated:

### BY EMAIL AND HAND DELIVERY

John W. Shaw, Esquire
Karen L. Pascale, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street
Wilmington, DE  19801
jshaw@ycst.com
kpascale@ycst.com

### BY EMAIL

Joseph A. Hynds, Esquire
Glenn E. Karta, Esquire
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1423 K Street, N.W., Suite 800
Washington, DC  20005
jhynds@rfem.com
gkarta@rfem.com

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com