IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ILLINOIS TOOL WORKS, INC., | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-054-GMS |
| FRITO-LAY NORTH AMERICA, INC., fka RECOT, INC., | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that this action, including all claims or defenses, is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a), with each party to bear its own costs.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP        YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Rodger D. Smith II*                                  */s/ John W. Shaw*
Rodger D. Smith II (#3778)                           John W. Shaw (#3362)
1201 N. Market Street                                    The Brandywine Building
P.O. Box 1347                                                 1000 West Street, 17th Floor
Wilmington, DE  19801                                 Wilmington, DE  19801
(302) 658-9200                                               (302) 571-6600
*Attorneys for Plaintiff*                                 *Attorneys for Defendant*

SO ORDERED this ___ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

1382069